# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2951

_____

| | | |
|---|---|---|
| Jessie Robinson, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Randall Morgan, Warden, Arkansas | * | |
| Department of Correction; Curtis | * | |
| Hampton, Lt., Correctional Officer, | * | |
| Arkansas Department of Correction; | * | |
| Roger, Correction Officer, Arkansas | * | Appeal from the United States |
| Department of Correction; Tracy Brock, | * | District Court for the |
| Correction Officer, Arkansas | * | Eastern District of Arkansas |
| Department of Correction, originally | * | |
| sued as "Tracy Broch"; George Barnes | * | [UNPUBLISHED] |
| Correction Officer, Arkansas | * | |
| Department of Correction, originally | * | |
| sued as "Barnes"; PHP Healthcare | * | |
| Corporation, Medical Staff, Arkansas | * | |
| Department of Correction, originally | * | |
| sued as "PHP Healthcare," | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:    August 6, 1999

Filed:    August 11, 1999

_____

Before McMILLIAN, RICHARD S. ARNOLD, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Jessie Robinson brought this action against various prison officials and PHP Healthcare Corporation, claiming he was subjected to excessive force and deliberate indifference to his medical needs. The district court[1] dismissed three of the six defendants, and Robinson has filed a notice of appeal. Because there is no final order dismissing all claims and parties, we lack jurisdiction over this appeal. See 28 U.S.C. § 1291; Fed. R. Civ. P. 54(b); Bullock v. Baptist Mem'l Hosp., 817 F.2d 58, 59 (8th Cir. 1987). Accordingly, we dismiss the appeal. See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).